# Fourth Court of Appeals
## San Antonio, Texas


August 23, 2019

No. 04-19-00446-CV

Paul **WILLIAMS** and SACC, Inc.,
Appellants

v.

Barbara **GRANT,**
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI09043
The Honorable Aaron Haas, Judge Presiding

# O R D E R

The reporter's record was originally due by July 29, 2019. After several communications between this court, the court reporter, and appellants, on August 12, 2019, the court reporter filed a notice stating that neither her fee has been paid nor have arrangements been made to pay for the record.

We ordered that appellants provide written proof to this court within ten (10) days that either (1) the fee had been paid or arrangements had been made to pay the fee, or (2) appellants are entitled to appeal without paying the fee. We advised appellants of the consequences if they failed to respond within the time provided. *See* TEX. R. APP. P. 37.3(b), (c).

On August 19, 2019, appellants responded to our order and provided written proof that they have paid the reporter's fee. Accordingly, the court reporter is **ORDERED** to file the reporter's record by no later than **September 23, 2019.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of August, 2019.



KEITH E. HOTTLE,
Clerk of Court